UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

**CLOSED**

| | |
|---|---|
| REINHARD A. TIEFENTHALER and MARGARET E. TIEFENTHALER, husband and wife,<br><br>             Plaintiffs,<br>    vs.<br><br>WELLS FARGO BANK, N.A. successor in interest by merger with WACHOVIA MORTGAGE, FSB; NDEX WEST, L.L.C., JOHN DOES (Investors) 1-100,<br>             Defendants. | CASE NO. 5:10-cv-01722-DDP-OPx<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A.** |

On October 27, 2011, this Court entered an Order granting the motion of defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB ("Wachovia") to dismiss the Third Amended Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant Wachovia is dismissed from this action with prejudice.
2. Plaintiffs Richard A. Tiefenthaler and Margaret E. Tiefenthaler shall take nothing from defendant Wachovia.
3. Each party shall bear its own costs.

**IT IS SO ORDERED.**

Dated:  November 18, 2011

_____
  HON. DEAN D. PREGERSON
  UNITED STATES DISTRICT JUDGE